1 | KAREN P. HEWITT
United States Attorney
2 | JEFFREY D. MOORE
Assistant United States Attorney
3 | California State Bar No. 240595
United States Attorney's Office
4 | Federal Office Building
880 Front Street, Room 6293
5 | San Diego, California 92101
Telephone: (619) 557-7171
6
Attorneys for Plaintiff
7 | UNITED STATES OF AMERICA

8

9                   UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA  O8CRII23-WQH

11 | UNITED STATES OF AMERICA,          )    Magistrate Case No. 08MJ0801
                                       )
12 |                    Plaintiff,     )
                                       )    **STIPULATION OF FACT AND JOINT
13 |            v.                      )    MOTION FOR RELEASE OF
                                       )    MATERIAL WITNESS(ES) AND
14 | JOSE SANCHEZ-SALTO (1),           )    ORDER THEREON**
                                       )
15 |                    Defendant.     )
                                       )    **(Pre-Indictment Fast-Track Program)**
16

17 |        **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18 | OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Jeffrey D.

19 | Moore, Assistant United States Attorney, and defendant JOSE SANCHEZ-SALTO, by and through

20 | and with the advice and consent of Michelle Betancourt, counsel for defendant,  that:

21 |        1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

22 | date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

23 | intelligently and voluntarily entered into it.  Defendant agrees further to waive indictment and plead

24 | guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

25 | of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii)

26 | and (v)(II).

27 | //

28 | JDM:rp:4/10/08

2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **April 14, 2008**.

4.    The material witnesses, Miguel Angel Avalos-Torres and Martin Mendez-Morales, in this case:

   a.    Are aliens with no lawful right to enter or remain in the United States;

   b.    Entered or attempted to enter the United States illegally on or about March 11, 2008;

   c.    Were found in a vehicle driven by defendant near Rancho San Diego, California and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

   d.    Were paying $1,500-$1,800 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

   e.    May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

5.    After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

   a.    The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

   b.    The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jose Sanchez-Salto (1)            2            08MJ0801

1         c.     Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2   "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3   and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4   waives the right to confront and cross-examine the material witness(es) in this case.

5         6.     By signing this stipulation and joint motion, defendant certifies that defendant has

6   read it (or that it has been read to defendant in defendant's native language). Defendant certifies

7   further that defendant has discussed the terms of this stipulation and joint motion with defense

8   counsel and fully understands its meaning and effect.

9         Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10  immediate release and remand of the above-named material witness(es) to the Department of

11  Homeland Security for return to their country of origin.

12        It is STIPULATED AND AGREED this date.

13                      Respectfully submitted,

14                      KAREN P. HEWITT
                        United States Attorney

15

16  Dated:   4-10-08  .

17                      JEFFREY D. MOORE
                        Assistant United States Attorney

18  Dated:   4/10/08  .

19                      MICHELLE BETANCOURT John Kirby
                        Defense Counsel for Jose Sanchez-Salto

20

21  Dated:   4/10/08  .

22                      JOSE SANCHEZ-SALTO
                        Defendant

23

24

25

26

27

28  Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jose Sanchez-Salto (1)       3                   08MJ0801

# O R D E R

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: __4/10/08__.

_____
United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jose Sanchez-Salto (1)                    4                    08MJ0801